## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL J. DAVIS JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9062** |
| **DARREL VANNOY, WARDEN** | **SECTION "J"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Petitioner Davis's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Carl J. Davis Jr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 8th day of April, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE